**Order entered September 15, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00417-CR

**ANDREA LANE WHITNEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-80492-2016**

## ORDER

Before the Court is appellant's September 14, 2017 second motion for extension of time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed within ten days of the date of this order.

/s/      ADA BROWN
         JUSTICE